IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUART D'COSTA<br>332 Lincoln Street<br>Woodbury, New Jersey 08096,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CUMBERLAND FARMS, INC.<br>777 Dedham Street<br>Canton, Massachusetts 02021<br>SERVE: Peter L. Frattarelli, Esquire<br>Archer & Greiner, P.C.<br>One Centennial Square, East Euclid Avenue<br>Haddonfield, New Jersey 08033-0968<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. 08-cv-3766 (NLH)<br><br><br><br><br><br>CONSENT ORDER<br>FOR DISMISSAL OF<br>COUNT III: LAW AGAINST<br>DISCRIMINATION CLAIM |

This matter being opened to the Court upon the consent of the undersigned counsel; and for good cause,

IT IS on this 17th day of ~~September~~ October, 2008 ORDERED that the third count of the plaintiff's complaint, alleging violation by the defendant of the New Jersey Law Against Discrimination be and hereby is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NOEL L. HILLMAN,
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　At Camden, NJ

CONSENT:

Law Offices Of Hoffman Dimuzio

By:_____
　　James M. Carter, Esquire

Archer & Greiner

By:_____
　　Peter L. Frattarelli, Esquire